**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

CAITLIN LEWIS                                                                                          PLAINTIFF

v.                                              Civil No. 4:20-cv-04063

COMMISSIONER, SOCIAL                                                                       DEFENDANT
SECURITY ADMINISTRATION

**ORDER**

Plaintiff has submitted a Complaint for filing in this District, together with a request for leave to proceed *in forma pauperis* and Motion for Service. After review, it is found that Plaintiff is unable to pay for the costs for commencement of suit, and accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion For Leave to Proceed *in forma pauperis* *and* Motion for Service are **GRANTED**. Additionally, the Court hereby directs that a copy of the Complaint filed herein, along with a copy of this Order, be served by the Plaintiff by certified Mail, return receipt requested, on the Defendant, Commissioner, Social Security Administration, the U.S. Attorney General, and the Assistant U.S. Attorney, without prepayment of fees and costs or security therefore. The Defendant is Ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED** this 11th day of August 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE